IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALVIN DEJUAN AIKENS**  **PLAINTIFF**
**ADC #160951**

v.  Case No. 4:25-cv-00766-LPR-BBM

**JOSEPH MAHONEY, et al.**  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 9). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his excessive-force and failure-to-decontaminate claims against Defendant Slayden in his individual capacity.

2. Plaintiff's due process claims, supervisory liability claims, and official capacity claims are DISMISSED without prejudice for failure to state a claim for relief.

3. The Clerk is directed to TERMINATE Defendants Mahoney and Shipman as parties to this action.

4. Plaintiff's Motions for Preliminary Injunction and to Show Cause (Docs. 6 & 8) are DENIED.

---

[1] There are two caveats. First, the Court is not taking a position on whether restitution resulting from a prison disciplinary implicates a liberty interest sufficient to trigger the Due Process Clause's protections. The Court is instead adopting only the PRD's alternative holding on that prison disciplinary issue. Second, as to the claims being allowed to proceed, the Court's rulings should be considered very tentative on all points. A strong motion to dismiss might well lead to dismissal of one or more of the surviving claims.

2

DATED this 9th day of January 2026.

                                              _____
                                              LEE P. RUDOFSKY
                                              UNITED STATES DISTRICT JUDGE